**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **HAROLD JOHNSON,** | : | |
| | : | |
| Plaintiff, | : | Case No. 2:21-cv-4995 |
| | : | |
| v. | : | |
| | : | Judge: Edmund A. Sargus, Jr. |
| **DODDS BODYWORKS, INC.,** *et al*.: | | |
| | : | Magistrate Judge Elizabeth Preston Deavers |
| Defendants. | : | |

## NOTICE OF DISMISSAL

Now comes Plaintiff Harold Jeffery Johnson, by and through counsel, pursuant to Federal Rule of Civil Procedured 41(a)(1)(A)(1), and voluntarily dismisses his complaint against Defendants Dodds Bodyworks, Inc., 6340 E. Main LLC, 6350 E. Main LLC, and Mary L. Dodds, without prejudice.

Respectfully submitted,

*/s/ Donald B. Hallowes*
Donald B. Hallowes (0041526)
1010 Jackson Hole Dr, Suite 200
Blacklick, Ohio 43004
Telephone: (614) 759-4603
Facsimile: (614) 868-0029
Email: Don@ HLGlawgroup.com
*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 31st day of January 2022, a copy of the foregoing was electronically filed with the Court's CM/ECF filing system and electronic mail upon the below parties. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

Christopher W Tackett
Roetzel and Andress, LPA
41 South High Street
Huntington Center, 21st Floor
Columbus, Ohio 43215
ctackett@ralaw.com

*Counsel for Defendants*

/s/ Donald B. Hallowes
Donald B. Hallowes (0041526)
1010 Jackson Hole Dr, Suite 200
Blacklick, Ohio 43004
Telephone: (614) 759-4603
Facsimile: (614) 868-0029
Email: Don@ HLGlawgroup.com
*Counsel for Plaintiff*